**Appeal No. 2023AP2048-CR**
Cir. Ct. No. 2021CF2140
IN COURT OF APPEALS

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

V.

JEREMIAH RASHAD WYATT,

DEFENDANT-APPELLANT.

FILED

November 7, 2024

Samuel A. Christensen
Clerk of Court of Appeals

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Ana Berrios-Schroeder
Circuit Court Judge
Electronic Notice

Anna Hodges
Clerk of Circuit Court
Milwaukee County Safety Building
Electronic Notice

Leonard D. Kachinsky
Electronic Notice

Lisa E.F. Kumfer
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 12 n.5 in the above-captioned opinion which was released on October 15, 2024. A

corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.